IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NEW,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 13-03251 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND INSTRUCTIONS TO PARTIES** |

The Court has received and considered the parties' joint case management conference statement. The parties reference an early settlement conference before a Magistrate Judge as a possible ADR method. If the parties wish to pursue that route, they must submit a request for an ADR phone conference. If it is the parties' intention to proceed with mediation, the should submit a stipulation and proposed order to that effect by November 15, 2013.

With respect to motions, the Court notes that under its Civil Standing Orders, "[a]bsent of a showing of good cause, the Court will address only one motion for summary judgment per party or side." Civil Standing Order ¶ 9. If the parties intend to file cross-motions for summary judgment, it is the Court's preference to have such motions heard in a four brief format as follows: Plaintiff's opening brief; Defendant's opposition and cross-motion; Plaintiff's opposition and reply; Defendant's reply. If the parties follow this format, Defendant's reply must be filed at least two weeks before the noticed hearing date.

Finally, with respect to scheduling, the Court notes that it is not its practice to schedule serial case management conferences. Thus, in general, the parties should propose a schedule in their initial case management statement. Because the parties state that they require additional

1  time to evaluate disclosures and documents, the Court shall continue the initial case
2  management conference from November 15, 2013 to January 17, 2014 at 1:30 p.m.
3     The parties shall file a supplemental case management conference statement on January
4  10, 2014.  That joint case management statement **shall** include the proposed deadlines required
5  by paragraph 17 of the Standing Order for All Judges of the Northern District of California
6  Contents of Joint Case Management Statement.
7     **IT IS SO ORDERED.**
8  Dated: November 7, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE