NILS ROSENQUEST (State Bar No. 87661)
SUSAN A. BUSH (State Bar No. 110906)
ROSENQUEST & ASSOCIATES
2720 Taylor Street, Suite 420
San Francisco, California 94133
Tel.:   415-292-0980
Fax:   415-292-0989
Email:      rosenquest@earthlink.net
            rosenquestlaw@earthlink.net

Attorneys for Plaintiff
JOHN NEW

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
ASLAN BANANZADEH (State Bar No. 262608)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 882-5000
Facsimile:   (415) 882-0300
Email:      michael.barnes@dentons.com
            sonia.martin@dentons.com
            shawn.bananzadeh@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN NEW,<br><br>          Plaintiff,<br><br>   vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>          Defendant. | Case No. 3:13-cv-03251-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br> AS MODIFIED |

Case No. 3:13-cv-03251-JSW          -1-          [PROPOSED] ORDER GRANTING JOINT APP. TO CONTINUE CMC

1   For the reasons stated in the parties' stipulation and proposed order, and good cause
2   appearing, the Case Management Conference scheduled for January 17, 2014 is continued to
3   <u>March 28    </u>, 2014.  All associated filing deadlines shall also be continued and will track the
4   new Case Management Conference hearing date.
5   IT IS SO ORDERED.
6   Dated:  <u>January 10, 2014</u>   _____
                                        Jeffrey S. White, United States District Judge