```
NILS ROSENQUEST [SB# 87661]
SUSAN A. BUSH [SB# 110906]
ROSENQUEST & ASSOCIATES
2720 Taylor Street, Suite 420
San Francisco, California 94133
Tel.:   415-292-0980
Fax:   415-292-0989
Email:  rosenquest@earthlink.net
        rosenquestlaw@earthlink.net
```

Attorneys for Plaintiff, John New

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NEW, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, an Illinois corporation, <br><br> Defendant. | Case No. 13-CV-03251-JD <br><br> REQUEST FOR DISMISSAL; ORDER THEREON |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, John New, pursuant to the stipulation of the parties, requests that the above-entitled action, together with all claims and causes of action, be dismissed with prejudice.

Respectfully submitted,

Dated: October 14, 2014          ROSENQUEST & ASSOCIATES


                                 By: /s/ Nils Rosenquest
                                     Nils Rosenquest
                                     Attorneys for Plaintiff, John New

## ORDER

The above-entitled action, together with all claims and causes of action, is ordered dismissed with prejudice pursuant to the request of plaintiff.

Date: 10/22/14

Hon. James Donato
United States District Court Judge

Request for Dismissal; Order Thereon
New v. Allstate Insurance Company, Case # 13 CV 03251 JD